UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA     :
                               :   21 Cr. 401 (KMK)
        v.                 :
                               :
CHASKEL LANDAU,            :
                               :
           Defendant.      :
                               :
- - - - - - - - - - - - - - - - - - X

**INFORMATION**

**COUNT ONE**

The United States Attorney charges:

1. From at least in or about September 2014, up to and including at least in or about December 2015, in the Southern District of New York and elsewhere, CHASKEL LANDAU, the defendant, and others known and unknown, did willfully and knowingly conduct, control, manage, supervise, direct, and own all and part of an unlicensed money transmitting business affecting interstate and foreign commerce, to wit, LANDAU aided and abetted the transmission of approximately $500,000, for the purpose of facilitating tax evasion, and which unlicensed money transmitting business failed to comply with the money transmitting business registration requirements set forth in federal law and regulations, in violation of Title 18, United States Code, Section 1960.

(Title 18, United States Code, Sections 1960 and 2.)

*[signature]*
AUDREY STRAUSS
United States Attorney