

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 23, 2021

**BY EMAIL AND ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Chaskel Landau, 21 Cr. 401*

Dear Judge Karas:

    The above-captioned case was assigned to your Honor on or about June 14, 2021. The Defendant, through counsel, has expressed his desire to plead guilty to the charges against him in the Information. The parties intend to schedule a guilty plea in magistrate court for the week of August 9, 2021. The parties accordingly jointly request that the Court exclude time under the Speedy Trial Act until August 16, 2021. The ends of justice served by this exclusion of time outweigh the best interests of the public and the Defendant in a speedy trial because it will permit the parties to complete their preparations towards a pretrial resolution.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: Qais Ghafary
Assistant United States Attorney
Tel: (914) 993-1930

Granted. Time is excluded from the Speedy Trial Act, in the interests of justice, until 8/16/21 to allow the parties time to reach a resolution of this case. The interests of justice from this exclusion outweigh the public's & defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
7/23/2021