UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Chaskel Landau
                    Defendant(s).
------------------------------------------------------X

Defendant Chaskel Landau hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☐ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver
    of
    Indictment Form)

☒   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel

_____          _____
Defendant's Signature                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____          _____
Print Defendant's Name                    Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____
U.S. District Judge/U.S. Magistrate
Date
Judge