**MEMO ENDORSED**

**Nechales Law, LLP**
1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

December 9, 2021

**Via ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Chaskel Landau,* 21-cr-401-KMK

Dear Judge Karas:

We write to respectfully request an extension until January 27, to object to Mr. Landau's draft PSR.

Mr. Landau's objections to his draft PSR are currently due on December 15. However, the government has agreed to meet with counsel for Mr. Landau in an effort to resolve disagreements about the factual assertions in Mr. Landau's draft PSR. That meeting, however, will likely not occur until sometime in early January. In order to ensure ample time to consult with the government, as well as to draft any remaining objections to the PSR after that meeting, we respectfully request an extension until January 27, 2022, to object to Mr. Landau's draft PSR.

I have spoken to the government, and they have no objection to this request.

Granted.
So Ordered.
*[signature]*
12/10/21

Respectfully submitted,

/s/

Gedalia M. Stern

cc: AUSA Qais Ghafary (via ECF)