

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 26, 2022

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:** *United States v. Chaskel Landau*, **21 Cr. 401 (KMK)**

Dear Judge Karas:

    Sentencing in the above-referenced matter is currently scheduled for June 1, 2022, at 2:00 p.m. The Government is unavailable at that time and respectfully requests a brief adjournment of sentencing to June 8, 2022, at 2:00 p.m., which the Government understands is a date and time that is convenient for the Court and the parties. Defense counsel has no objection to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/ Qais Ghafary
    Mathew Andrews / Qais Ghafary
    Assistant United States Attorneys
    Tel: (212) 637-6526 / (914) 993-1930

Cc: Gedalia Stern, Esq. (via ECF)

SO ORDERED

KENNETH M. KARAS U.S.D.J.

4/26/2022