Case 7:21-cr-00401-KMK   Document 34   Filed 05/03/22   Page 1 of 2

# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

**MEMO ENDORSED**

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

May 3, 2022

**Via ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Chaskel Landau*, 21-cr-401-KMK

Dear Judge Karas:

We write to respectfully request a modification of Mr. Landau's bail so as to allow him to obtain a passport from the State Department, which will be immediately surrendered to pre-trial upon receipt.

At his arraignment in this case, Mr. Landau's previous attorney informed the Court that Mr. Landau had previously applied for a passport from the State Department and that his application was pending. The Court therefore entered an order that the defendant "is to turn in his new passport the day after receipt or the next day if that day is a religious holiday, the Sabbath, or a day when the deft is not in New York." Dkt. 2. Subsequently, the State Department denied Mr. Landau's passport application and there is an administrative appeal of that denial scheduled for later this month.

In addition, I have recently spoken to Mr. Landau's pre-trial officer and was informed that a State Department official contacted her last week in an attempt to understand whether the terms of Mr. Landau's bail prohibited him from obtaining a passport. The officer apparently informed the pre-trial officer that the State Department was unwillingly to issue Mr. Landau a passport without a more explicit statement from this Court that Mr. Landau was not prohibited from receiving one.

We therefore respectfully request that the Court modify (or clarify) the conditions of Mr. Landau's bail to allow him to receive a passport from the State Department. Mr. Landau will surrender that passport to pre-trial the day after receipt or the next day if that day is a religious holiday, the Sabbath, or a day when he is not in New York. We make this request so that Mr. Landau will be in a position to seek this Court's permission for international travel in the future.

I have spoken to the U.S. Attorney's Office and they said they take no position on this request and defer to pre-trial. Mr. Landau's pre-trial officer told me that she has no objection to this request.

Nechles Law, LLP

Given that sentence is scheduled for June 8, Mr. Landau can wait until then to apply for his passport.

So Ordered.

*/signature/*
5/4/22

cc: AUSA Qais Ghafary (via ECF)

Respectfully submitted,

/s/

Gedalia M. Stern

2