**NechelesLaw, LLP**
1120 Avenue of the Americas
New York, NY 10036

MEMO ENDORSED

**Gedalia M. Stern**
gms@necheleslaw.com
212-997-7400

May 23, 2022

Via ECF
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Courthouse
300 Quarropas St. White Plains, NY 10601

    Re: *United States v. Chaskel Landau*, 21-cr-401-KMK

Dear Judge Karas:

    We write to respectfully request an adjournment of Chaskal Landau's sentencing submission deadline, from May 25 to Sunday, May 29th. Mr. Landau's sentencing is scheduled for June 8.

    We seek this adjournment because it has taken longer than expected to collect all the sentencing letters. An extension of a few days will, we expect, allow us to adequately prepare Mr. Landau's submission.

    We spoke to the government and they said they have no objection to this request. We consent to a similar extension of the government's submission deadline.

                                              Respectfully,
                                                  /s/
                                            Gedalia Stern

Granted.

So Ordered.

/s/ Kenneth M. Karas
5/23/22