# NechelesLaw, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gstern@necheleslaw.com  
212-997-7400

September 8, 2022

**Via ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, N.Y. 1060

Re: *United States v. Chaskal Landau,* 21-cr-401

Dear Judge Karas:

We submit this letter to respectfully request that the Court modify the terms of Chaskel Landau's home confinement to not require him to use phone monitoring during the upcoming Jewish holidays.

As Your Honor will recall, the Court sentenced Mr. Landau to a term of five months' home confinement. In a subsequent Order, Your Honor provided that Mr. Landau was to be monitored using Smart Link Facial Recognition, with a carveout for the Sabbath when Mr. Landau cannot use a phone. Dkt. #46.

We now respectfully request that the Court extend the Sabbath carveout to include the upcoming holidays of Rosh Hashana (Sep 25-27), Yom Kippur (Oct. 4-5), and Sukkot (Oct 9 -11 and Oct. 16-18), when Mr. Landau also cannot use his phone.

I have spoken to both Mr. Landau's probation officer and the assigned AUSA and neither has any objection to this request.

Granted.
So Ordered.
/s/ Kenneth M. Karas
9/9/22

Respectfully submitted,

/s/

Gedalia Stern

cc: AUSA Qais Ghafary (via ECF)
    AUSA Mathew Andrews (via ECF)