# NechelesLaw, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gstern@necheleslaw.com  
212-997-7400

January 20, 2023

<u>Via ECF</u>  
Hon. Kenneth M. Karas  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas St.  
White Plains, NY 10601-4150

Re: *United States v. Chaskel Landau*, 21-cr-401

Dear Judge Karas:

We respectfully write to request permission for Mr. Landau to travel to Hungary from January 30 to February 8.

As Your Honor will recall, last year Mr. Landau was sentencing to five month's home confinement, to be followed by a term of two-years supervised release. Mr. Landau has completed his term of home confinement and is now on supervised release.

Mr. Landau would like to be able to travel to Hungary for the *yarzheit* (anniversary of the death) of his great-grandfather, an important rabbi who is buried in Bodrogkeresztúr Hungary. This is an important yearly event in the family calendar.

As there are no direct flights from New York to Hungary, we also respectfully seek permission for Mr. Landau to have a stop-over at a European airport. (He will not leave the airport.). As Mr. Landau has not yet booked his ticket, he does not yet know for sure where that stopover will be.

I have spoken to Mr. Landau's probation officer, who has no objection to this request, and the assigned AUSA, who defers to Probation.

If this request is granted by the court, Mr. Landau will provide his probation officer with his full itinerary, including where his stop-over will be, and where he will be sleeping every night.

Granted, on the conditions noted herein.

So Ordered.  
*/signature/*  
1/20/23

Respectfully submitted,

/s/

Gedalia M. Stern

Cc: AUSA Qais Ghafary (via ECF)