# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia Stern
gms@necheleslaw.com
212-997-7400

March 22, 2023

VIA ECF
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Chaskel Landau*, 21-cr-401

Dear Judge Karas:

We write to respectfully request permission for Chaskel Landau to travel internationally from April 20 to May 1.

As Your Honor will recall, last year Mr. Landau was sentencing to five month's home confinement, to be followed by a term of two-years supervised release. Mr. Landau has completed his term of home confinement and is now on supervised release.

Mr. Landau would like to travel to Montreal (where his in-law's live) from April 20 to 23, to participate in a celebration hosted by his in-laws for the completion of the handwriting of a *Sefer Torah* (the Hebrew Bible written on parchment.) He would then fly to Bodrogkeresztúr, Hungary to participate in the *yarzheit* (anniversary of death) of Rabbi Shayala of Kerister, Mr. Landau's great-great-grandfather and a very important rabbi who lived and is buried in Bodrogkeresztúr. Many Hasidic Jews visit the gravesite of Rabbi Shayala around this time as a significant religious observance.

We note that there are no direct flights to Hungary and so Mr. Landau would have a stopover in a yet-to-be-determined European airport, although he would not leave the airport. Mr. Landau would return to the United States (possibly via Canada) no later than May 1.

If Your Honor grants this request, we would provide probation with a full itinerary of Mr. Landau's travel. I have spoken to both Probation and the U.S. Attorney's Office and neither has any objection to this request.

Granted.

So Ordered.
/s/
3/22/23

Respectfully,

/s/

Gedalia Stern

Cc: AUSA Qais Ghafary (via ECF)