**NechelesLaw, LLP**

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

May 12, 2023

<u>Via ECF</u>
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Courthouse
300 Quarropas St. White Plains, NY 10601

Re: *United States v. Chaskel Landau*, 21-cr-401-KMK

Dear Judge Karas:

We respectfully write to request permission for Chaskel Landau to travel to Israel from May 17–24.

Mr. Landau is currently about halfway through this two-year term of supervised release. He would like to travel to Israel to participate in the wedding of the daughter of a good friend (and the granddaughter of his Grand Rabbi) that will occur May 22 in Israel. It is particularly important for Mr. Landau to attend this wedding because his good friend (and father of the bride) died during Coronavirus.

I have spoken to both Mr. Landau's probation officer and the assigned AUSA and neither has any objection to this request. If this Court grants this request, Mr. Landau will provide his full itinerary to his probation officer.

Granted, on the conditions noted herein.

So Ordered.

*/signature/*
5/13/23

Respectfully submitted,

/s/

Gedalia M. Stern

Cc: Qais Ghafary (via ECF)