**Necheles Law, LLP**

1120 Avenue of the Americas
New York, NY 10036

MEMO ENDORSED

Gedalia Stern
gms@necheleslaw.com
212-997-7400

Jul7 17, 2023

VIA ECF
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Chaskel Landau*, 21-cr-401

Dear Judge Karas:

We write to respectfully request permission for Chaskel Landau to travel to Canada from July 20–23.

As Your Honor will recall, last year Mr. Landau was sentencing to five month's home confinement, to be followed by a term of two-years supervised release. Mr. Landau has completed his term of home confinement and is now on supervised release.

Mr. Landau would like to travel to Montreal (where his brother- and sister-in-law live) to participate in the *bar mitzvah* of his nephew, which will take place on the weekend of July 22.

If Your Honor grants this request, Mr. Landau will provide probation with a full itinerary of his travel. I have spoken to both Probation and the U.S. Attorney's Office and neither has any objection to this request.

Granted.

So Ordered.

7/17/23

Respectfully,

/s/

Gedalia Stern

Cc: AUSA Qais Ghafary (via ECF)
AUSA Mathew Andrews (via ECF)