**NechelesLaw, LLP**
1120 Avenue of the Americas
New York, NY 10036


MEMO ENDORSED

Gedalia M. Stern
gms@necheleslaw.com
212-997-7400

August 25, 2023

<u>Via ECF</u>
Hon. Kenneth M. Karas
Ronnie Abrams
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

*United States v. Chaskel Landau*, 21-cr-401

Dear Judge Karas:

We write to respectfully request permission for Chaskel Landau to travel to Canada from August 28–31.

As Your Honor will recall, last year Mr. Landau was sentenced to five month's home confinement, to be followed by a term of two-years supervised release. Mr. Landau has completed his term of home confinement and is now on supervised release.

Mr. Landau would like to travel to Montreal to participate in the *bris* (Jewish circumcision ceremony) of his brother's newborn son, which will be occurring in Montreal on Wednesday, August 30.

If Your Honor grants this request, Mr. Landau will provide probation with a full itinerary of his travel. I have spoken to both Probation and the U.S. Attorney's Office and neither has any objection to this request.

Granted.

So Ordered.
8/25/23

Respectfully,
/s/
Gedalia Stern

Cc: AUSA Qais Ghafary (via ECF)
    AUSA Mathew Andrews (via CF)