# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036


MEMO ENDORSED

Gedalia M. Stern
gms@necheleslaw.com
212-997-7400

December 27, 2023

<u>Via ECF</u>
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:   *United States v. Chaskel Landau*, 21-cr-401

Dear Judge Karas:

I write to respectfully request permission for Chaskel Landau to travel to Israel and Hungary from January 14 to 25.

As Your Honor will recall, last year Mr. Landau was sentenced to five month's home confinement, and a two-year term of supervised release. Mr. Landau is now about three-quarters the way through his term of supervised release.

Mr. Landau would like to travel first to Israel to participate in the *bar mitzvah* of his brother's son on Monday January 15, and then to Hungary to participate in the *yarzheit* (annual remembrance of death) of his great-grandfather, an important rabbi who is buried there, which falls on January 22 this year.

If Your Honor grants this request, Mr. Landau will provide probation with a full itinerary of his travel. I have spoken to both Probation and the U.S. Attorney's Office and neither has any objection to this request.

Granted.

So Ordered.
12/28/23

Respectfully submitted,

/s/

Gedalia Stern

Cc: AUSA Qais Ghafary (via ECF)
    AUSA Mathew Andrews (via ECF)