# Necheles Law, LLP
1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gms@necheleslaw.com
212-997-7400

February 2, 2024

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Chaskel Landau*, 21-cr-401

Dear Judge Karas:

I write to respectfully request permission for Chaskel Landau to travel to Canada from February 20-22.

As Your Honor will recall, last year Mr. Landau was sentenced to five month's home confinement, and a two-year term of supervised release. Mr. Landau is now more than three-quarters the way through his term of supervised release.

Mr. Landau would like to travel to Canada to participate in a family wedding on February 21. He would travel to Canada the day before the wedding and return the day after. If Your Honor grants this request, Mr. Landau will provide probation with a full itinerary of his travel.

I have spoken to both Probation and the U.S. Attorney's Office and neither has any objection to this request.

Granted.
So Ordered
2/2/24

Respectfully submitted,

/s/

Gedalia Stern

Cc: AUSA Qais Ghafary (via ECF)
AUSA Mathew Andrews (via ECF)
PO Brittany Valentine (via email)