# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gms@necheleslaw.com
212-997-7400

February 27, 2024

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States. v. Chaskel Landau*, 21-cr-401

Dear Judge Karas:

    I write to respectfully request permission for Chaskel Landau to travel to Poland from May 3 to May 6.

    As Your Honor will recall, in mid-2022, Mr. Landau was sentenced to five month's home confinement, and a two-year term of supervised release. Mr. Landau is now more than three-quarters the way through his term of supervised release.

    Mr. Landau would like to accompany his father-in-law (who is 71), who will be traveling to Poland to participate in the annual remembrance of death (or *Yarzheit* in Yiddish) of Rabbi Elimelech of Lizhensk, a very important Hasidic rabbi who lived in the 18th Century. *See* https://en.m.wikipedia.org/wiki/Elimelech_of_Lizhensk. Every year, thousands of Hasidic Jews visit the gravesite and pray there, as part of their religious observance.

    I have spoken to both Probation and the U.S. Attorney's Office and neither has any objection to this request. If this request is granted, Mr. Landau will provide Probation with his full itinerary.

Respectfully submitted,

/s/

Gedalia Stern

Cc:    AUSA Qais Ghafary (via ECF)
        AUSA Mathew Andrews (via ECF)

Necheles Law, LLP

PO Brittany Valentine (via email)

Granted.

So Ordered.

*[signature]*

2/27/24

2